IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2325*

Civil Action No. 2:14-cv-12191

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Melissa Wright

2. Plaintiff Spouse

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   Not applicable

4. State of Residence

   Ohio

5. District Court and Division in which venue would be proper absent direct filing Southern District of Ohio - Eastern Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A. American Medical Systems, Inc. ("AMS")

Revised: 11/6/13

☐ B. Ethicon, Inc.

☐ C. Ethicon, LLC

☐ D. Johnson & Johnson

☐ E. Boston Scientific Corporation

☐ F. C. R. Bard, Inc. ("Bard")

☐ G. Sofradim Production SAS ("Sofradim")

☐ H. Tissue Science Laboratories Limited ("TSL")

☐ I. Mentor Worldwide LLC

☐ J. Coloplast Corp.

☐ K. Cook Incorporated

☐ L. Cook Biotech, Inc.

☐ M. Cook Medical, Inc.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other:_____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

11, 12 & 13

B. Other allegations of jurisdiction and venue

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

☐ A. Apogee;

☐ B. Perigee;

☐ C. MiniArc Sling;

☑ D. Monarc Subfascial Hammock;

☐ E. SPARC;

☐ F. In-Fast;

☐ G. BioArc;

☐ H. Elevate;

☐ I. Straight-In;

☐ J. Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

☐ A. Apogee;

☐ B. Perigee;

☐ C. MiniArc Sling;

☑ D. Monarc Subfascial Hammock;

☐ E. SPARC;

☐ F. In-Fast;

☐ G. BioArc;

☐ H. Elevate;

☐ I. Straight-In;

☐   J. Other;

_____

_____

10. Date of Implantation as to Each Product

   10/22/2004

   _____

   _____

11. Hospital(s) where Plaintiff was implanted (including City and State)

   Mount Carmel Hospital East

   Columbus, OH

12. Implanting Surgeon(s)

   Robert J. Balchuck, M.D.

   _____

13. Counts in the Master Complaint brought by Plaintiff(s)

   ☑   Count I - Negligence

   ☑   Count II – Strict Liability – Design Defect

   ☑   Count III – Strict Liability – Manufacturing Defect

   ☑   Count IV – Strict Liability – Failure to Warn

   ☑   Count V - Strict Liability – Defective Product

   ☑   Count VI - Breach of Express Warranty

   ☑   Count VII – Breach of Implied Warranty

   ☑   Count VIII – Fraudulent Concealment

   ☑   Count IX – Constructive Fraud

   ☑   Count X - Discovery Rule, Tolling and Fraudulent Concealment

   ☑   Count XI – Negligent Misrepresentation

- ☑ Count XII – Negligent Infliction of Emotional Distress
- ☑ Count XIII – Violation of Consumer Protection Laws
- ☑ Count XIV – Gross Negligence
- ☑ Count XV - Unjust Enrichment
- ☐ Count XVI - (By the Spouse) – Loss of Consortium
- ☑ Count XVII – Punitive Damages
- ☐ Other _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____
_____
_____

s/ Sejal Brahmbhatt /RG
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

John T. Boundas, Texas Bar #00793367         Sejal K. Brahmbhatt
Sejal K. Brahmbhatt, Texas Bar #24031873    John T. Boundas
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Email: jboundas@williamskherkher.com
Email: sbrahmbhatt@williamskherkher.com
713-230-2287 (Telephone)
713-643-6226 (Facsimile)

5